No. 97–9360.  PERRY v. UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.

No. 97–9363.  CUMMINGS v. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 97–9364.  COATES v. SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 4th Cir.  Certiorari denied.

No. 97–9365.  PADILLA-FLORES v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 97–9366.  PHILLIPS v. TENNESSEE.  Ct. Crim. App. Tenn.  Certiorari denied.

No. 97–9368.  QUINONES-RUIZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 97–9370.  MOORE v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 97–9371.  LYONS v. SILLS.  Sup. Ct. Ariz.  Certiorari denied.

No. 97–9372.  MISIRLI v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 97–9373.  BLOCH v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 97–9374.  AGHAJI v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 97–9375.  SMITH v. PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 97–9376.  PETERSON v. APFEL, COMMISSIONER OF SOCIAL SECURITY.  C. A. 8th Cir.  Certiorari denied.

No. 97–9377.  WILLIAMS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 97–9378.  CARTER v. WEST VIRGINIA.  Sup. Ct. App. W. Va.  Certiorari denied.